UNITED STATES BANKRUPTCY COURT
Southern District of Texas

ENTERED
01/10/2013

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **IN RE:** | **§** | **Case No. 06-32827** |
| **JUAN CRUZVILLARREAL, ERENDIRA** | **§** | **Chapter 13** |
| **CRUZVILLARREAL,** | **§** | |
| **Debtor(s).** | **§** | **Judge Isgur** |

**ORDER DENYING RELEASE OF FUNDS**

Erendira Tamez, formerly Erendira Crizvillareeal, seeks one-half of the unclaimed funds on deposit. In support of her claim, she attached a copy of a divorce decree. The Court is unable to locate any provision in the divorce decree that awards her one-half of these funds. The motion is denied.

SIGNED **January 10, 2013.**

Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE